**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 16-6213-JFW (AGRx)**                                Date: September 6, 2016

Title:   Gary Dempster, et al.   -v- Wilmington Savings Fund Society, FSB, et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                   **None Present**
   **Courtroom Deputy**                                 **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                    None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE RE: DISMISSAL**

   In the Statement Re: Local Rule 7-3 Conference filed on September 6, 2016 [Docket No. 13], counsel represents that Plaintiffs have failed to respond to Defendants' efforts to comply with Local Rule 7-3.  Accordingly, Plaintiffs Gary and Sandie Dempster individually and as Trustee for the Rancho Trust are ordered to show cause, in writing by **September 13, 2016** why the Court should not impose sanctions in the amount of $750.00 against Plaintiffs or dismiss this action for their failure to comply with Local Rule 7-3 and paragraph 5(b) of the Court's Standing Order filed August 24, 2016.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and dismissal of this action.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr